IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  13-cv-00734-RPM

ALLISON MACDOUGALL,

    Plaintiff,

v.

MANPOWERGROUP US, INC., and
IBM CORPORATION,

    Defendants.

_____

ORDER OF RECUSAL
_____

    Because my wife holds IBM Corporation stock, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED:   March 21st, 2013

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge