IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera   Date: July 22, 2013
Court Reporter:    Kara Spitler

Civil Action No. 13-cv-00734-RBJ

*Parties*:                                           *Counsel*:

ALLISON MACDOUGALL,                                  Timothy Kratz

    Plaintiff,

v.

MANPOWERGROUP US, INC., and                          Brian Spang (by telephone)
IBM CORPORATION,                                     Matthew Cooper

    Defendants.

### COURTROOM MINUTES

**HEARING:**   RULE 16(b) SCHEDULING CONFERENCE

**Court in session:**   1:02 p.m.

Appearances of counsel.

Discussion regarding claims, affirmative defenses and amending the complaint.

**ORDERED:**   Defendant Manpower International Inc.'s Partial Rule 12(B)(6) Motion to Dismiss #[18] is DENIED.

**ORDERED:**   Opposed Motion for Leave to File First Amended Complaint and Jury Demand #[26] is DENIED.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **September 5, 2013.**

Discovery Cut-off: **January 22, 2014.**

Dispositive Motion Deadline: **February 21, 2014.**

Parties shall designate affirmative experts **on or before November 13, 2013.**

Parties shall designate rebuttal experts **on or before December 13, 2013.**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **June 20, 2014 at 1:00 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding.**

**JURY TRIAL** is set for **June 23, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Judge Jackson as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:        1:30 p.m.**
Total time in court:     00:28